FILED

# United States District Court

DEC - 6 2007

**MIDDLE** DISTRICT OF **ALABAMA**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

MOHAMMAD HAZRAT ALI

CRIMINAL COMPLAINT

CASE NUMBER: 2:07mj105-TFM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  May 24, 2005 , in  Montgomery  County and elsewhere within the  Middle  District of  Alabama  defendant,

aided and abetted Kabir Bhaiyan, Songit Bhaiyan and Rune Bhaiyan, who in applying for immigrant visas attempted to evade the immigration laws by appearing under assumed or fictitious names without disclosing their true identities,

all in violation of Title  18  United States Code, Section  1546(a) and 18 United States Code, Section 2 .

I further state that I am a(n)  ICE Special Agent  and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

DECEMBER 6, 2007                                    at    Montgomery, Alabama
Date                                                                    City and State

Terry F. Moorer, U. S. Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

SCANNED

## AFFIDAVIT

I, Blake Diamond, hereby make the following statement under penalty of perjury:

I am employed as a Special Agent of the U.S. Immigration and Customs Enforcement (ICE), an agency within the Department of Homeland Security (DHS), assigned to the office of the Assistant Special Agent in Charge (ASAC) - Mobile, Alabama. I have been employed as a federal agent for approximately eleven (11) years. My principal assignment has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 - Aliens and Nationality.

(1)   On December 06, 2007, Investigator Les Brown, with the U.S. Attorney's Office, and I interviewed Kabir BHAIYAN and Songit BHAIYAN at the Montgomery Police Department Headquarters in Montgomery, Alabama. During the interview both stated they met an individual named Mohammad H. ALI while residing in the Atlanta, Georgia area sometime in 2003 or 2004. They worked with ALI at a gas station and became friends. Both Kabir BHAIYAN and Songit BHAIYAN claimed that ALI talked to them about getting legal immigration documents. He explained to them that they could change their names, get new Bangladesh passports and then apply to get an immigrant visa.

(2)   Both Kabir BHAIYAN and Songit BHAIYAN claimed they moved to Montgomery, Alabama sometime in 2005. While living in Montgomery, Alabama they were visited by ALI. He brought with him applications for Bangladesh passports and Form I-687 Application for Status as a Temporary Resident. Kabir BHAIYAN and Songit BHAIYAN claimed that they, along with Rune BHAIYAN, completed these forms with ALI in Montgomery, Alabama under the following fraudulent names:

   Kabir BHAIYAN – aka Humayun KABIR
   Rune BHAIYAN – aka Sultana KABIR
   Songit BHAIYAN – aka Humayun SAZZAD

Kabir BHAIYAN and Songit BHAIYAN claimed the reason they used fraudulent names was to avoid detection by immigration authorities because they were under final orders or deportation.

(3)   Kabir BHAIYAN and Songit BHAIYAN claimed that ALI took these completed forms back to Georgia and submitted them to the appropriate agencies. The U.S. Citizenship and Immigration Services received the applications for Kabir BHAIYAN, Songit BHAIYAN, and Rune BHAIYAN on May 24, 2005. A few months later they received their new Bangladesh passports and Employment Authorization Cards.

(4)   Kabir BHAIYAN and Songit BHAIYAN both stated that ALI had knowledge of their true names due to the fact they were employed together in the Atlanta, Georgia area. Both stated that ALI knew the forms were completed using fraudulent information. Both stated they reimbursed ALI for the cost of the fees associated with filing the forms.

Base on the foregoing, it is my belief that probable cause exists to believe that Mohammad H. ALI aided and abetted Kabir BHAIYAN, Songit BHAIYAN, and Rune BHAIYAN in violation of Title 18, United States Code, Section 1546(a) – Whoever, when applying for an immigrant or non-immigrant visa, permit, or other document required for entry into the United States, or for admission to the United States personates another, or falsely appears in the name of a deceased individual, or evades or attempts to evade the immigration laws by appearing under an assumed or fictitious name without disclosing his true identity, or sells or otherwise disposes of, or offers to sell or otherwise dispose of, or utters, such visa, permit, or other document, to any person not authorized by law to receive such document. The penalty, upon conviction, for this offense shall be a fine under Title 18, or imprisoned not more than 10 years, or both.

_____
Blake Diamond
Senior Special Agent, ICE
Affiant


Sworn to before me and subscribed
in my presence this 06th day of December, 2007.

_____
United States Magistrate Judge

2