**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | |
| **V.** | **)** | **CR. No: 2:07mj105-TFM** |
| | **)** | |
| **MOHAMMAD HAZRAT ALI** | **)** | |

## NOTICE OF APPEARANCE

    **COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on

behalf of Defendant, **MOHAMMAD HAZRAT ALI,** in the above-styled case.

    Dated this 10th  day of December, 2007.


                 Respectfully submitted,


                 s/ Kevin L. Butler
                 KEVIN L. BUTLER
                 First Assistant Federal Defender
                 201 Monroe Street, Suite 407
                 Montgomery, Alabama 36104
                 Phone: (334) 834-2099
                 Fax: (334) 834-0353
                 E-mail: kevin_butler@fd.org
                 AZ Bar Code: 014138

**FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | |
| **V.** | **)** | **CR. No: 2:07mj105-TFM** |
| | **)** | |
| **MOHAMMAD HAZRAT ALI** | **)** | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Matt Sheppard, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138