IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj105-TFM |
| MOHAMMAD HAZRAT ALI | | |

**ORDER**

For good cause,

It is ORDERED that pursuant to the Defendant's Waiver of Preliminary Examination or Hearing (filed December 10, 2007, Document #8), that the Preliminary examination and detention hearing previously set for **December 11, 2007 at 3:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge is hereby **CANCELED**. The defendant is bound over to the Grand Jury.

DONE, this 11th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE