IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.  2:07mj105-TFM |
| ) | |
| MOHAMMAD HAZRAT ALI ) | |

## GOVERNMENT'S MOTION TO DISMISS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves to dismiss the complaint filed against defendant Mohammad Hazrat Ali, because it is in the interests of justice to do so.

Respectfully submitted this the 9th day of January 2008.

    LEURA G. CANARY
    United States Attorney

    /s/ Matthew W. Shepherd
    MATTHEW W. SHEPHERD
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07mj105-TFM |
| | ) | |
| **MOHAMMAD HAZRAT ALI** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/EF system which send notification of such filing to all attorneys on record.

>LEURA G. CANARY
>United States Attorney
>
>/s/ Matthew W. Shepherd
>MATTHEW W. SHEPHERD
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334.223.7280
>334.223.7135 fax
>matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-mj-105-TFM |
| | ) |
| MOHAMMAD HAZRAT ALI | ) |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Complaint as to Mohammad Hazrat Ali, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ____ day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE


DISMISSAL OF COMPLAINT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Complaint heretofore filed in the above styled cause as to Mohammad Hazrat Ali.


Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135